IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANDREW RUNNING CRANE, individually, and as Personal Representative of the Estate of Michael Running Crane,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, JOSE ORTIZ, RICHARD FOUTCH AND AB STAFFING SOLUTIONS, LLC,<br><br>Defendants. | CV-21-86-GF-BMM<br><br>**ORDER** |

Defendant, Joe Ortiz, has moved for an order allowing Benjamin K. Lusty, Esq., to appear *pro hac vice* in this case with Colin J. Delli Bovi, Esq., designated as local counsel. (Doc. 25.) The application of Mr. Lusty appears to be in compliance with L.R. 83.1(d). **IT IS ORDERED**:

Defendant's motion to allow Mr. Lusty to appear on his behalf (Doc. 25) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Lusty must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Lusty, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Lusty must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 9th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court