Colin J. Delli Bovi
Delli Bovi and Martin, LLC
30 W. 14th St. Suite 204
Helena, MT 59601
Tele: (406) 461-1069
cj.dellibovi@yahoo.com
Attorneys for Jose Ortiz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANDREW RUNNING CRANE, individually, and as Personal Representative of the Estate of Michael Running Crane,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, JOSE ORTIZ, RICHARD FOUTCH and AB STAFFING SOLUTIONS, LLC<br><br>    Defendants. | CV-21-86-GF-BMM<br><br><br><br>ACKNOWLEDGMENT OF BENJAMIN K. LUSTY |
| UNITED STATES OF AMERICA,<br><br>    Cross-Claimant,<br><br>    v.<br><br>AB STAFFING SOLUTIONS, LLC,<br><br>    Cross-Defendant. | |

COMES NOW Benjamin K. Lusty, and states as follows:

1.  I am over 18 years of age, am competent to testify as to all matters set forth herein and, if called to do so by the Court, would testify to the same based

Ex. A - 2

upon my own personal knowledge, information and belief.

    2.    As co-lead counsel for Dr. Jose Ortiz, I acknowledge and accept the conditions for my admission *pro hac vice* in this Court as outlined in the Order dated June 9, 2022, namely:

    a.    I commit to doing my own work, including my own writing, signing my own pleadings, motions, briefs, and will appear and participate personally in all proceedings before the Court;

  b. I will take steps to register in the Court's electronic filing system ("CM-ECF").

  c. Local counsel will also sign all such pleadings, motions and briefs and other documents served or filed; and

  d. Admission is personal to myself, and not my firm, Rencher Anjewierden, LLC.

  I declare, under criminal penalty of perjury that the foregoing is true and correct.

    DATED this 22ⁿᵈ day of June 2022.

                        /s/ Benjamin K. Lusty
                        Benjamin K. Lusty

    DATED this 22ⁿᵈ day of June 2022.

                        **Delli Bovi and Martin, LLC**
                        /s/ Colin J. Delli Bovi
                        Colin J. Delli Bovi
                        Attorneys for Jose Ortiz