IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANDREW RUNNING CRANE, individually and as Personal Representative of the Estate of Michael Running Crane,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, JOSE ORTIZ, RICHARD FOUTCH and AB STAFFING SOLUTIONS, LLC<br><br>      Defendants. | CV-21-86-GF-BMM<br><br><br>ORDER GRANTING UNOPPOSED MOTION FOR BENJAMIN K. LUSTY TO APPEAR REMOTELY FOR AUGUST 25, 2022, HEARING |
| UNITED STATES OF AMERICA,<br><br>      Cross-Claimant,<br><br>  v.<br><br>AB STAFFING SOLUTIONS, LLC,<br><br>      Cross-Defendant. | |

      Upon unopposed motion of Benjamin K. Lusty, Attorney for Defendant Jose Ortiz, and good cause appearing therefore,

1

IT IS HEREBY ORDERED that Mr. Lusty may appear by Zoom at the Hearing presently scheduled for August 25, 2022, at 3:00 p.m. Benjamin K. Lusty will contact the Clerk of Court for the Zoom link.

DATED this 18th day of August 2022

_____
Brian Morris, Chief District Judge
United States District Court