## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION
--------------------------------
ANDREW RUNNING CRANE,
individually, and as Personal
Representative of the Estate of Michael
Running Crane,

      Plaintiff,

-vs-

UNITED STATES OF AMERICA,
JOSE ORTIZ, RICHARD FOUTCH
and AB STAFFING SOLUTIONS,
LLC,

      Defendants.
--------------------------------
UNITED STATES OF AMERICA,

      Cross-Claimant,

-vs-

AB STAFFING SOLUTIONS, LLC,

      Cross-Defendant.
--------------------------------

CAUSE NO. CV-21-86-GF-BMM

DEPOSITION OF MICHAEL FURNISS
(via Zoom)

Via Zoom
Thursday, August 10, 2023
10:04 - 12:04 P.M.

## Page 2

APPEARANCES:

BECHTOLD LAW FIRM, PLLC
Attorney at Law
317 East Spruce Street
Missoula, Montana 59807
  By: TIMOTHY M. BECHTOLD
    Attorney for Plaintiff

U.S. ATTORNEY'S OFFICE
910 Front St., Suite 1100
Helena, Montana 59626
  By: ABBIE J.N. CZIOK
    Attorneys for United States of America

RENCHER ANJEWIERDEN, LLC
Attorneys at Law
460 South 400 East
Salt Lake City, Utah 84111
  By: BENJAMIN K. LUSTY
    Attorneys for Dr. Jose Ortiz

HALL BOOTH SMITH, P.C.
Attorneys at Law
101 East Front Street, Suite 402
Missoula, Montana 59802
  By: JENNIFER L. SWAJKOSKI and ELIZABETH HAUSBECK
    Attorneys for Richard Foutch and AB Staffing Solutions, LLC

ALSO PRESENT: Michelle Swartz, McKenzie Gallagher

## Page 3

### I N D E X

| WITNESS | PAGE |
|---|---|
| MICHAEL FURNISS | |
| EXAMINATION BY MR. LUSTY | 4 |
| EXAMINATION BY MS. SWAJKOWSKI | 63 |
| EXAMINATION BY MR. BECHTOLD | 79 |
| EXAMINATION BY MS. CZIOK | 83 |
| REEXAMINATION BY MS. SWAJKOSKI | 92 |
| REEXAMINATION BY MR. BECHTOLD | 96 |

### E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| A | MMLP Pages 5 - 10 | 30 |
| B | MMLP Pages 15 - 20 | 42 |
| C | MMLP Page 69 | 51 |

| | |
|---|---|
| CERTIFICATE OF WITNESS | 99 |
| CERTIFICATE OF REPORTER | 100 |

## Page 4

1    BE IT REMEMBERED that on Thursday,
2  August 10, 2023, at the hour of 10:04 a.m. of said
3  day, at the offices of Agamenoni & Frank Court
4  Reporting, 410 Central Avenue, Suite 603, Great
5  Falls, Montana, and before Gregory A. Frank, a Notary
6  Public for the State of Montana, pursuant to Notice,
7  the deposition of MICHAEL FURNISS was taken on oral
8  interrogatories.
9
10  Thereupon,
11    MICHAEL FURNISS,
12  having been first duly sworn to tell the truth, the
13  whole truth and nothing but the truth, testified upon
14  his oath as follows:
15
16  EXAMINATION BY MR. LUSTY:
17    Q  All right. Good morning. My name is
18  Benjamin Lusty, I represent Dr. Jose Ortiz. We're
19  here in a case called Running Crane versus United
20  States, et al., and we have appearing as a witness
21  Mr. Michael Furniss.
22    Could you please state your full name for
23  us.
24    A  Michael Scott Furniss.
25    Q  All right. Furniss?