IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANDREW RUNNING CRANE, individually, and as Personal Representative of the Estate of Michael Running Crane,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, JOSE ORTIZ, and RICHARD FOUTCH,<br><br>      Defendants. | CV-21-86-GF-BMM<br><br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

    Upon Joint Motion to Dismiss with Prejudice, and with good cause shown,

    IT IS HEREBY ORDERED that the above captioned case is dismissed with prejudice and each party shall bear their own costs and attorneys' fees.

    DATED this 17th day of June, 2024.

_____
Brian Morris, Chief District Judge
United State District Court